UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLEN F CABIAO, et al., | CASE NO. C10-1813 MJP |
| Plaintiff, | ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION |
| v. | |
| WASHINGTON FEDERAL SAVINGS AND LOAN ASSSOCIATION, | |
| Defendant. | |
| | CASE NO. 10-1854 MJP |
| ALLEN F CABIAO, et al., | |
| Plaintiff, | |
| v. | |
| WASHINGTON FEDERAL SAVINGS AND LOAN ASSSOCIATION, | |
| Defendant. | |
| | CASE NO. 11-0027 MJP |
| ALLEN F CABIAO, et al., | |
| Plaintiff, | |

| | v. |
|---|---|
| | WASHINGTON FEDERAL SAVINGS AND LOAN ASSSOCIATION, |
| | Defendant. |

The Court, having received and reviewed Plaintiff's Motion for Relief from Order Awarding Attorney Fees and Costs (Dkt. No. 37) and all attached declarations and exhibits[1], makes the following ruling:

IT IS ORDERED that the motion is DENIED.

Plaintiffs seek review of the Court's order of August 10, 2011 (Dkt. No. 33) and the accompanying judgment filed on August 12, 2011 (Dkt. No. 36), in which the Court awarded (pursuant to RCW 4.28.328) costs and reasonable attorney fees to Defendant in connection with cancelation of the *lis pendens* filed by Plaintiffs. As Plaintiffs have characterized their pleading as a "Motion for Reconsideration" (Dkt. No. 37, p. 2), the Court will treat it as such.

"Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LR 7(h)(1).

Plaintiffs have demonstrated neither manifest error nor demonstrated facts or legal authority which could not have been brought to the Court's attention earlier. In fact (as noted in the original order), Plaintiffs failed to file any briefing in response to Defendant's original

---

[1] Defendant filed a response to this motion (Dkt. No. 40); because the Court construes Plaintiffs' motion as a motion for reconsideration per Local Rule 7(h) and did not call for a response, Defendant's responsive briefing has not been considered. *See* LR 7(h)(3).

ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION- 2

motion to consolidate and dismiss the above-named cases, a motion which included the request for costs and attorney fees. Plaintiffs complain that they "did not stipulate to an award of costs and attorneys fees in this matter in exchange for merger and dismissal of this (*sic*) cases." Motion, p. 2. But the motion to consolidate and dismiss was not presented as a stipulation, it was filed as a motion to which Plaintiffs were required to respond if they opposed any of Defendant's requests. As it is permitted to do under LR 7(b)(2), the Court took Plaintiffs' failure to respond as evidence that Defendant's requests had merit.

Plaintiffs' motion for reconsideration is without merit and is DENIED.

The clerk is ordered to provide copies of this order to the Plaintiffs and all counsel.

Dated: August 31, 2011.

Marsha J. Pechman
United States District Judge